AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HOWARD ALLEN YOUNG,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-155

UNITED STATES ARMY,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 5, 2024, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses this case based on lack of subject matter jurisdiction.  This case stands closed.

1/5/2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020